# **<u>Exhibit A</u>**

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

SUPERIOR COURT
CIVIL ACTION
NO. 2184CV02836

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CHRISTINE M. DAINE,

    Plaintiff

V.

SPIRIT AIRLINES, INC.,

    Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT AND DEMAND FOR JURY TRIAL

### PARTIES

1. The Plaintiff, Christine M. Daine, currently resides at 316 Deer Path Drive, Murrells Inlet, Horry County, State of South Carolina.

2. The Defendant, Spirit Airlines, Inc., is a foreign corporation with a principal office in Miramar, Florida, and operating in Massachusetts with a business office address at 84 State Street, Boston, Suffolk County, Commonwealth of Massachusetts.

### FACTS

3. On January 7, 2019, the Plaintiff, Christine M. Daine, was lawfully on the premises of the Boston Logan International Airport as a passenger of Spirit Airlines, Inc. returning to Boston on a flight from South Carolina.

4. While disembarking the Defendant, Spirit Airlines, Inc.'s, aircraft, the Plaintiff, Christine M. Daine, was injured when she slipped and fell on ice as she was navigating the Spirit Airlines' Jet Bridge.

PAGE 1 OF 2

5. The Defendant, Spirit Airlines, Inc., was responsible for maintaining the Jet Bridge in a safe condition.

6. The Defendant, Spirit Airlines, Inc., failed to properly maintain its Jet Bridge in a safe condition.

7. The Defendant, Spirit Airlines, Inc., was negligent in failing to detect and treat ice and/or slippery conditions on its Jet Bridge.

8. As a result of her injury, the Plaintiff has been caused to suffer great pain of body and mind, to endure hospitalization, to incur expenses for medical attention and was prevented from engaging in her normal activities of daily living.

**WHEREFORE**, the Plaintiff, Christine M. Daine, demands judgment against the Defendant, Spirit Airlines, Inc., in an amount sufficient and proper to compensate her for her injuries, together with the interest, costs and expenses of this action.

**THE PLAINTIFF DEMANDS A TRIAL BY JURY.**

Respectfully submitted,

**CHRISTINE M. DAINE**
By her attorneys,

Paul F. Kenney (BBO #268680)
Benjamin T. Carroll (BBO #703280)
Kenney & Conley, P.C.
100 Grandview Road, Suite 218
Post Office Box 9139
Braintree, Massachusetts 02185-9139
Telephone: 781-848-9891
paul@kenneyconley.com
benjamin@kenneyconley.com

Dated: December 10, 2021